STEPHEN D. HANS & ASSOCIATES, P.C.
Stephen D. Hans, Esq. (SH-0798)
45-18 Court Square, Suite 403
Long Island City, New York 11101
Tel: (718) 275-6700
*Attorneys for the Defendants*

UNITED STATESS DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL GRINBERG, individually and on behalf
of others similarly situated persons,                                   Case No.: 16-cv-03514 (SJ)(CLP)

                                              Plaintiff,

                    -against-                                                    **ANSWER**


LAW OFFICE OF YURIY PRAKHIN, P.C., and
YURIY PRAKHIN,

                                              Defendants.
-------------------------------------------------------------X

## ANSWER

        The defendants LAW OFFICE OF YURIY PRAKHIN, P.C., and YURIY PRAKHIN,

(hereinafter referred to as the "Defendants"), by and through their attorneys, STEPHEN D.

HANS AND ASSOCIATES, P.C., as and for their Answer to the complaint filed in this action

on June 24, 2016 (the "Complaint") by the plaintiff MICHAEL GRINBERG, (hereinafter

referred to as the "Plaintiff") respond and allege as follows:

1

**AS AND FOR AN ANSWER TO PLAINTIFF'S STATEMENT
REGARDING "PRELIMINARY STATEMENT"**

1.      With respect to the allegations contained in Paragraph 1 of the Complaint, the Defendants admit that the action has been styled as stated and state that such allegations consist of statements and/or conclusions of law to which no responsive pleading is required.

2.      With respect to the allegations contained in Paragraph 2 of the Complaint, the Defendants deny the allegations contained in such Paragraph and state that such allegations consist of statements and/or conclusions of law to which no responsive pleading is required.

**AS AND FOR AN ANSWER TO PLAINTIFF'S STATEMENTS
REGARDING "JURISDICTION AND VENUE"**

3.      With respect to the allegations contained in Paragraph 3 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law to which no responsive pleading is required.

4.      With respect to the allegations contained in Paragraph 4 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law to which no responsive pleading is required.

5.      With respect to the allegations contained in Paragraph 5 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law to which no responsive pleading is required.

**AS AND FOR AN ANSWER TO PLAINTIFF'S STATEMENTS
REGARDING "PARTIES"**

6.      With respect to the allegations contained in Paragraph 6 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

7.      With respect to the allegations contained in Paragraph 7 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

8.      With respect to the allegations contained in Paragraph 8 of the Complaint, the Defendants admit the allegations contained in such Paragraph.

9.      With respect to the allegations contained in Paragraph 9 of the Complaint, the Defendants admit the allegations contained in such Paragraph.

10.     With respect to the allegations contained in Paragraph 10 of the Complaint, the Defendants admit the allegations contained in such Paragraph.

11.     With respect to the allegations contained in Paragraph 11 of the Complaint, the Defendants admit the allegations contained in such Paragraph.

12.     With respect to the allegations contained in Paragraph 12 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph and state that such allegations consist of statements and/or conclusions of law to which no responsive pleading is required.

## AS AND FOR AN ANSWER TO PLAINTIFF'S STATEMENTS REGARDING "FACTUAL ALLEGATIONS"

13.     With respect to the allegations contained in Paragraph 13 of the Complaint, the Defendants admit the allegations contained in such Paragraph.

14.     With respect to the allegations contained in Paragraph 14 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

15.     With respect to the allegations contained in Paragraph 15 of the Complaint, the Defendants deny the allegations contained in such Paragraph.

16.    With respect to the allegations contained in Paragraph 16 of the Complaint, the Defendants deny the allegations contained in such Paragraph.

17.    With respect to the allegations contained in Paragraph 17 of the Complaint, the Defendants deny the allegations contained in such Paragraph.

18.    With respect to the allegations contained in Paragraph 18 of the Complaint, the Defendants deny the allegations of illegal practices.

19.    With respect to the allegations contained in Paragraph 19 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

20.    With respect to the allegations contained in Paragraph 20 of the Complaint, the Defendants deny the allegations contained in such Paragraph.

21.    With respect to the allegations contained in Paragraph 21 of the Complaint, the Defendants deny the allegations contained in such Paragraph.

22.    With respect to the allegations contained in Paragraph 22 of the Complaint, the Defendants deny the allegations contained in such Paragraph.

23.    With respect to the allegations contained in Paragraph 23 of the Complaint, the Defendants deny the allegations contained in such Paragraph.

24.    With respect to the allegations contained in Paragraph 24 of the Complaint, the Defendants deny the allegations contained in such Paragraph.

25.    With respect to the allegations contained in Paragraph 25 of the Complaint, the Defendants deny the allegations contained in such Paragraph.

26.    With respect to the allegations contained in Paragraph 26 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

27.    With respect to the allegations contained in Paragraph 27 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

28.    With respect to the allegations contained in Paragraph 28 of the Complaint, the Defendants admit that a letter was received from Levitsky Law firm.

29.    With respect to the allegations contained in Paragraph 29 of the Complaint, the Defendants admit the allegations contained in such Paragraph.

30.    With respect to the allegations contained in Paragraph 30 of the Complaint, the Defendants deny the allegations contained in such Paragraph.

31.    With respect to the allegations contained in Paragraph 31 of the Complaint, the Defendants deny the allegations contained in such Paragraph.

<u>**AS AND FOR AN ANSWER TO PLAINTIFF'S STATEMENTS
REGARDING "COLLECTIVE ACTION ALLEGATIONS"**</u>

32.    With respect to the allegations contained in Paragraph 32 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

33.    With respect to the allegations contained in Paragraph 33 of the Complaint, the Defendants deny the allegations contained in such Paragraph.

34.    With respect to the allegations contained in Paragraph 34 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law to which no responsive pleading is required.

35.    With respect to the allegations contained in Paragraph 35 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or

falsity of the allegations contained in such Paragraph and state that such allegations consist of statements and/or conclusions of law to which no responsive pleading is required.

## AS AND FOR AN ANSWER TO PLAINTIFF'S STATEMENTS REGARDING "RULE 23 CLASS ALLEGATIONS – NEW YORK"

36.     With respect to the allegations contained in Paragraph 36 of the Complaint, the Defendants deny the allegations contained in such Paragraph except admit the relief is asserted as stated therein.

37.     With respect to the allegations contained in Paragraph 37 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

38.     With respect to the allegations contained in Paragraph 38 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

39.     With respect to the allegations contained in Paragraph 39 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

40.     With respect to the allegations contained in Paragraph 40 of the Complaint, the Defendants deny the allegations contained in such Paragraph.

41.     With respect to the allegations contained in Paragraph 41 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

42.     With respect to the allegations contained in Paragraph 42 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph and state that such allegations consist of statements and/or conclusions of law to which no responsive pleading is required.

43.    With respect to the allegations contained in Paragraph 43 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law to which no responsive pleading is required.

44.    With respect to the allegations contained in Paragraph 44 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph and state that such allegations consist of statements and/or conclusions of law to which no responsive pleading is required.

45.    With respect to the allegations contained in Paragraph 45 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

### AS AND FOR AN ANSWER TO
### PLAINTIFF'S "FIRST CLAIM FOR RELIEF"
### (Failure to Pay Overtime Wages – FLSA, Brought by Plaintiff on Behalf of Himself and the FLSA Collective Plaintiffs)

46.    The Defendants repeat and reassert each and every one of the responses contained in the preceding paragraphs hereof with the same force and effect as though fully set forth herein.

47.    With respect to the allegations contained in Paragraph 47 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

48.    With respect to the allegations contained in Paragraph 48 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

49.    With respect to the allegations contained in Paragraph 49 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph except that the relief has been requested as stated.

50.    With respect to the allegations contained in Paragraph 50 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

**AS AND FOR AN ANSWER TO
PLAINTIFF'S "SECOND CLAIM FOR RELIEF"
(Fair Labor Standards Act – Unlawful Retaliation –
Brought on Behalf of Plaintiff Grinberg)**

51.     The Defendants repeat and reassert each and every one of the responses contained in the

preceding paragraphs hereof with the same force and effect as though fully set forth herein.

52.     With respect to the allegations contained in Paragraph 52 of the Complaint, the

Defendants deny all of the allegations contained in such Paragraph.

53.     With respect to the allegations contained in Paragraph 53 of the Complaint, the

Defendants deny all of the allegations contained in such Paragraph.

54.     With respect to the allegations contained in Paragraph 54 of the Complaint, the

Defendants deny all of the allegations contained in such Paragraph.

55.     With respect to the allegations contained in Paragraph 55 of the Complaint, the

Defendants deny all of the allegations contained in such Paragraph.

56.     With respect to the allegations contained in Paragraph 56 of the Complaint, the

Defendants deny all of the allegations contained in such Paragraph.

57.     With respect to the allegations contained in Paragraph 57 of the Complaint, the

Defendants deny all of the allegations contained in such Paragraph.

**AS AND FOR AN ANSWER TO
PLAINTIFF'S "THIRD CLAIM FOR RELIEF"
(Failure to Pay Overtime Wages – NYLL, Brought by Plaintiff on Behalf of
Himself and the Class Members)**

58.     The Defendants repeat and reassert each and every one of the responses contained in the

preceding paragraphs hereof with the same force and effect as though fully set forth herein.

59.     With respect to the allegations contained in Paragraph 59 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law to which no responsive pleading is required.

60.     With respect to the allegations contained in Paragraph 60 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

61.     With respect to the allegations contained in Paragraph 61 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

62.     With respect to the allegations contained in Paragraph 62 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph except admit certain relief as stated is sought.

**AS AND FOR AN ANSWER TO**
**PLAINTIFF'S "FOURTH CLAIM FOR RELIEF"**
**(Notice Violations & Wage Statement Violations – NYLL §195,**
**Brought by Plaintiff on Behalf of Himself and the Class Members)**

63.     The Defendants repeat and reassert each and every one of the responses contained in the preceding paragraphs hereof with the same force and effect as though fully set forth herein.

64.     With respect to the allegations contained in Paragraph 64 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

65.     With respect to the allegations contained in Paragraph 65 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

66.     With respect to the allegations contained in Paragraph 66 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

### AS AND FOR AN ANSWER TO
### PLAINTIFF'S "FIFTH CLAIM FOR RELIEF"
**(New York Labor Law – Unlawful Retaliation
Brought on Behalf of Plaintiff Grinberg)**

67.     The Defendants repeat and reassert each and every one of the responses contained in the preceding paragraphs hereof with the same force and effect as though fully set forth herein.

68.     With respect to the allegations contained in Paragraph 68 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

69.     With respect to the allegations contained in Paragraph 69 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law to which no responsive pleading is required.

70.     With respect to the allegations contained in Paragraph 70 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

71.     With respect to the allegations contained in Paragraph 71 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law to which no responsive pleading is required.

72.     With respect to the allegations contained in Paragraph 72 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

73.     With respect to the allegations contained in Paragraph 73 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

74.     With respect to the allegations contained in Paragraph 74 of the Complaint, the Defendants deny all the allegations contained in such Paragraph.

## AS AND FOR AN ANSWER TO
## PLAINTIFF'S PRAYER FOR RELIEF

With respect to the allegations contained in Paragraphs (A) through (H) of the Complaint's prayer for relief, the Defendants deny that the Plaintiff is entitled to any of the relief sought.

## AFFIRMATIVE AND OTHER DEFENSES

The Defendants assert the following affirmative and other defenses without assuming any burden of production or proof that they would not otherwise have.  The Defendants further assert that, to the extent that the Plaintiff's claims as alleged are vague or unclear, so as to render it difficult or impossible to identify and assert every possible affirmative or other defense, the Defendants hereby expressly reserve their rights to assert additional defenses should further proceedings in this action, including the progress of any discovery, reveal that such additional defenses would be applicable and appropriate.

## AS AND FOR A FIRST DEFENSE TO THE PLAINTIFF'S COMPLAINT

The statements and allegations contained in the Plaintiff's Complaint may fail to state any valid cause(s) of action upon which relief can be granted as a matter of fact and/or law, either on behalf of the Plaintiff or on behalf of those persons whom they purport to represent.

## AS AND FOR A SECOND DEFENSE TO THE PLAINTIFF'S COMPLAINT

The causes of action alleged in the Complaint may not be maintained as a collective action under the Fair Labor Standards Act, 29 U.S.C. § 216, because the Plaintiff, upon information and belief, are not similarly situated to some or all of the persons whom they purport to represent.

11

**AS AND FOR A THIRD DEFENSE TO THE PLAINTIFF'S COMPLAINT**

The statements and allegations contained in the Complaint fail to meet the requirements necessary to justify collective action certification or the issuance of collective action notice pursuant to 29 U.S.C. § 216 with respect to some or all of the employees alleged by the Plaintiffs to be similarly situated to them.

**AS AND FOR A FOURTH DEFENSE TO THE PLAINTIFF'S COMPLAINT**

Subject to proof through discovery, some or all of the claims asserted by the Plaintiff and/or the putative class members may be barred in whole or in part by the doctrine of unclean hands.

**AS AND FOR A FIFTH DEFENSE TO THE PLAINTIFF'S COMPLAINT**

Subject to proof through discovery, some or all of the claims asserted by the Plaintiff and/or the putative class members may be barred in whole or in part by the doctrine of estoppel, quasi-estoppel, and/or equitable estoppel.

**AS AND FOR A SIXTH DEFENSE TO THE PLAINTIFF'S COMPLAINT**

Subject to proof through discovery, some or all of the claims asserted by the Plaintiff and/or the putative class members may be barred in whole or in part by the doctrines of laches and/or waiver.

**AS AND FOR A SEVENTH DEFENSE TO THE PLAINTIFF'S COMPLAINT**

Subject to proof through discovery, the Plaintiff and/or the putative class members may not meet the requirements of Rule 23 of the Federal Rules of Civil Procedure, and this action may not properly be maintained as a class action with respect to some or all of the claims asserted.

**AS AND FOR AN EIGHTH DEFENSE TO THE PLAINTIFF'S COMPLAINT**

Subject to proof through discovery, the Plaintiff and/or the putative class members may lack standing or may otherwise not be entitled to bring, maintain, or participate in a collective or class action under the FLSA or Rule 23 of the Federal Rules of Civil Procedure.

**AS AND FOR A NINTH DEFENSE TO THE PLAINTIFF'S COMPLAINT**

The Defendants state, in the alternative if necessary, that their actions or omissions with respect to the Plaintiff and/or putative class members were taken in good faith, with reasonable belief that such conduct comported with the requirements of federal and state law.

**AS AND FOR A TENTH DEFENSE TO THE PLAINTIFF'S COMPLAINT**

Some or all of the Plaintiff's and/or putative class members' claims for class action relief under New York state law fail because New York law prohibits class claims that include invocation of penalties and/or liquidated damages.

**AS AND FOR AN ELEVENTH DEFENSE TO THE PLAINTIFF'S COMPLAINT**

The named Plaintiff, upon information and belief, would inadequately protect and represent the interests of any potential class.

**AS AND FOR A TWELFTH DEFENSE TO THE PLAINTIFF'S COMPLAINT**

To the extent that any of the Plaintiff and/or putative class members may have received compensation beyond that to which they were entitled under law, such additional compensation may satisfy, in whole or in part, any alleged claim for unpaid wages and overtime compensation or other monetary relief.

## AS AND FOR A THIRTEENTH DEFENSE TO THE PLAINTIFF'S COMPLAINT

The Defendants state, in the alternative if necessary, that if they are found to have violated any law or regulation, that any such violation was not willful.

## RESERVATION OF RIGHTS TO ASSERT ADDITIONAL DEFENSES

The Defendants state that they currently have insufficient knowledge or information on which to form a belief as to whether they may have additional, as yet unstated, defenses available. As such, the Defendants expressly reserve the right to assert additional defenses, and to seek to amend this Answer to include any such additional defenses, in the event that discovery indicates that any such additional defenses would be appropriate.

WHEREFORE, the Defendants respectfully request that judgment be entered by this Court:

(a)    dismissing any claims in the Complaint that may be found to be lacking in merit; and

(b)    granting the Defendants such further relief as may be just and proper.

Dated:  Long Island City, New York
        August 10, 2016

STEPHEN D. HANS & ASSOCIATES, P.C.

By:_____/s/_____
        Stephen D. Hans
        45-18 Court Square, Suite 403
        Long Island City, New York 11101
        Tel: 718.275.6700 x 204
        Fax: 718.275.6704
        Email: shans@hansassociates.com
        *Attorneys for the Defendants*

14