

**STEPHEN D. HANS**
Tel: 718.275.6700 x 204
shans@hansassociates.com

October 28, 2016

*VIA ECF*

Hon. Cheryl L. Pollak
United States Magistrate Judge
Eastern District Court of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    **Grinberg v. Law office of Yuriy Prakhin, et al.**
              **Case No.: 16-cv-03514**

Dear Judge Pollak:

    Due to circumstances beyond my control and illness I was unable to produce the documents promised on the date agreed upon. However, yesterday my office sent by federal express all the time and payroll records on the above matter to counsel as promised. I remain available should the Court wish to inquire further.

                                      Respectfully Submitted,

                                      _____/s/_____

                                      Stephen D. Hans (SH-0798)