UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MICHAEL GRINBERG, individually and on
behalf of all others similarly situated,

                Plaintiff,

- against -

LAW OFFICE OF YURIY PRAKHIN, P.C., and
YURIY PRAKHIN,

                Defendants.
----------------------------------------------------------------X

**ORDER**

16 CV 3514 (SJ) (CLP)

**POLLAK**, United States Magistrate Judge:

On June 24, 2016, Michael Grinberg ("plaintiff"), individually and on behalf of all others similarly situated, commenced this action against the Law Office of Yuriy Prakhin, P.C., and Yuriy Prakhin (collectively, "defendants"), alleging violations of the Fair Labor Standards Act and New York Labor Law.

On October 28, 2016, plaintiff filed a letter with the Court alleging that defendants have failed to comply with discovery deadlines set by the undersigned and requesting that the Court's assistance. (See Pl.'s Ltr.[1]). That same day, defendants filed a response, claiming that "[d]ue to circumstances beyond [counsel's] control and illness," counsel was unable to timely produce the documents, but indicating that the previous day counsel had produced "all the time and payroll records" required to plaintiff's counsel. (Defs.' Ltr.[2])

On November 17, 2016, the undersigned conducted a status conference at which the discovery disputes were resolved. Additionally, the Court Ordered that by November 28, 2016:

---

[1] Citations to "Pl.'s Ltr." refer to plaintiff's letter, filed on October 28, 2016.

[2] Citations to "Defs.' Ltr." refer to defendants' letter, filed on October 28, 2016.

1) Defendants are to verify if there are time records prior to December 2010 (or whenever the records that have been produced begin);

2) Defendants are to determine if: a) they intend to argue that plaintiff was fired because of his activities searching Facebook, eBay, or otherwise shopping online; b) if so, when defendants allege this conduct began; and c) provide the Court with a deadline by which they can produce emails to or from plaintiff regarding these activities (with appropriate redactions as to privileged information);

3) Defendants are to identify the other paralegals or legal assistants employed during the same period that plaintiff was engaged in these activities and provide an estimate of how long it would take to produce evidence of their activities on Facebook, eBay, etc.; and

4) Defendants are to identify and produce any other law firms besides Celino & Barnes to whom defendants sent a verification request.

Additionally, by November 22, 2016, defendants are to review the proposed collective action notice and indicate if there are any objections. By December 5, 2016, plaintiff is to provide defendants with a proposed Amended Complaint. By December 12, 2016, defendants are to notify the Court whether a motion to amend the complaint is needed.

A status conference is scheduled on **January 18, 2017 at 3:30 p.m.**

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
      November 17, 2016

/s/ Cheryl L. Pollak

Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York