UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL GRINBERG, individually and on  :   16-cv-3514 (SJ) (CLP)
behalf of all other similarly situated persons, :
                                              :
                    Plaintiffs,               :
                                              :
LAW OFFICE OF YURIY PRAKHIN, P.C.             :
and YURIY PRAKHIN                             :
                                              :
                    Defendants,               :
------------------------------------------------------------X

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO CONDITIONALLY CERTIFY A FAIR LABOR STANDARDS ACT COLLECTIVE ACTION AND AUTHORIZE NOTICE TO BE ISSUED TO ALL PERSONS SIMILARLY SITUATED**

THE COURT HEREBY ORDERS that Plaintiffs' Motion is GRANTED upon consent, and FURTHER ORDERS that:

1. The collective action notice entitled "NOTICE OF LAWSUIT WITH OPPORTUNITY TO JOIN" and the "CONSENT TO BECOME A PARTY PLAINTIFF," attached hereto as Exhibit "A" and Exhibit "B," respectively, are hereby approved for mailing to potential plaintiffs;

2. The collective class of potential plaintiffs in this matter shall consist of all current and former paralegals and legal assistants who worked for Law Office of Yuriy Prakhin, P.C. at any time on or after June 24, 2013 to _____ . [~~Insert date of this Order~~] *December 14, 2016*;

3. Defendants shall provide to Plaintiff, within ten (10) days following the date of this Order, the names, addresses, phone numbers, and social security numbers of all potential plaintiffs who worked in the above positions from on or after June 24, 2013 to *December 14, 2016* [~~date of this Order~~]. This information shall be supplied in paper form, and also digitally in one of the following formats: Microsoft Excel; or Microsoft Word;

4. Plaintiff's counsel shall mail the notice of collective action to all potential plaintiffs no later than fourteen (14) days following Defendants' disclosure of the contact information for the potential plaintiffs;

5. Defendants shall post the "NOTICE OF LAWSUIT WITH OPPORTUNITY TO JOIN," attached hereto as Exhibit "A" and the "CONSENT TO BECOME A PARTY PLAINTIFF" form, attached hereto Exhibit "B" at their business location, visible to all of

Defendants' employees; and

6. Plaintiff is permitted to mail the "DEADLINE REMINDER LETTER" in the form attached hereto as Exhibit "C" to all potential plaintiffs prior to the termination of the opt-in period;

7. All potential plaintiffs must opt-in no later than 60 days after the date of the mailing of the notice, by returning the executed form entitled "CONSENT TO BECOME A PARTY PLAINTIFF" to Plaintiff's counsel before that date. Plaintiff's counsel shall thereupon promptly file such executed consents with the Court.

8. Nothing herein shall prevent the Defendants from subsequently seeking to decertify the FLSA collective action conditionally certified herein, nor shall anything herein prevent the Defendants from asserting any defenses in this action, including, but not limited to, asserting that a two-year statute of limitations should apply to the Plaintiffs' and any prospective opt-in Plaintiffs' FLSA claims.

DATED this day of December 14, 2016

HONORABLE CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE

( /s/ Cheryl Pollak

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL GRINBERG, individually and on : 16-cv-3514 (SJ) (CLP)
behalf of all other similarly situated persons, :
                                                :
                                                :
                    Plaintiffs,                 :
                                                :
                                                :
LAW OFFICE OF YURIY PRAKHIN, P.C.               :
and YURIY PRAKHIN                               :
                                                :
                    Defendants,                 :
------------------------------------------------------------X

**NOTICE OF LAWSUIT WITH OPPORTUNITY TO JOIN**

**FROM:**   **NAYDENSKIY LAW GROUP, P.C.**
            1517 Voorhies Ave, 2nd Fl., Brooklyn, New York, 11235
            Telephone: (718) 808-2224
            Email:Naydenskiylaw@gmail.com

**TO:**     All current and former paralegals and legal assistants who worked for Law Office of Yuriy Prakhin, P.C. at any time on or after June 24, 2013 to [Insert date of Order granting 216(b)].

**RE:**     Opportunity to join a lawsuit asserting violations of the Fair Labor Standards Act against Law Office of Yuriy Prakhin, P.C. and Yuriy Prakhin (collectively, "Defendants") for their alleged failure to pay overtime premium compensation for all hours worked over forty (40) in a given workweek.

### I.  INTRODUCTION

The purpose of this notice is to inform you of the existence of a collective action lawsuit in which you potentially are "similarly situated" to the named plaintiff, to advise you of how your rights may be affected by this lawsuit and to instruct you on the procedure for participating in this lawsuit. The lawsuit at issue was filed on June 24, 2016 against defendants in the United States District Court for the Eastern District of New York. The plaintiff alleges that the defendants violated the Federal Fair Labor Standards Act and the New York Labor Laws by improperly failing to pay overtime premiums for all hours worked in excess of forty (40) per week. The lawsuit also seeks damages for wage notice and wage statement violations pursuant to the New York Labor Laws, and seeks back pay and liquidated damages, as well as costs and

attorneys' fees. Defendants deny the plaintiff's allegations and deny that they are liable to the plaintiff for any of the back pay, damages, costs or attorneys' fees sought. Moreover, the Court has not yet made any determination regarding the merits of plaintiff's allegations.

## II.    YOUR RIGHT TO PARTICIPATE IN THE LITIGATION

If you fit within the definition above and worked for Law Office of Yuriy Prakhin, P.C. at any time between June 24, 2013 and _____ [insert date of Order granting 216(b)], you may join this case. In order to join this case (that is, to "opt-in"), you **must** sign the attached "Consent to Become a Party Plaintiff" form and return it to the lawyers who are representing the plaintiff no later than _____. [Insert date 60 days after the date of the mailing] If you sign and return the attached form, you will be represented by plaintiff's counsel at the following address:

NAYDENSKIY LAW GROUP P.C.
1517 Voorhies Ave, 2nd Fl.
Brooklyn, New York 11235
Telephone: (718) 808 2224
Email:Naydenskiylaw@gmail.com

Your form must be sent to plaintiff's counsel at the above address in sufficient time to have plaintiff's counsel file it with the federal court on or before_____. [Insert the date 60 days after the date of the mailing] If you fail to return the Consent to Become a Party Plaintiff form to plaintiff's counsel in time for it to be filed with the federal court on or before the above deadline, you may not be able to participate in this lawsuit.

You can also join this lawsuit by counsel of your own choosing. If you do so, your attorney must file an "opt-in" consent form by                [Insert date that is 60 days after the date of the mailing]. If you join this lawsuit, you may be asked to give testimony in a deposition and in trial, respond to interrogatories, and information about your work at Law Office of Yuriy Prakhin, P.C. to help the Court decide whether you are owed any money. Like any other information produced during federal court litigation, the information that you may be required to provide could become part of the publicly- available court records.

## III.   EFFECT OF JOINING THIS ACTION

If you choose to join in this case, you will be bound by the Judgment, whether it is favorable or unfavorable. The attorneys for the collective action plaintiffs are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees. If there is a recovery, the attorneys for the collective action will receive a part of any settlement obtained or money judgment entered in favor of all members of the collective action. If you sign and return the Consent to Become a Party Plaintiff form attached to this Notice, you are agreeing to designate the collective action representatives as your agents to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the representative plaintiff will be binding on you if you join this lawsuit. However, the Court has

retained jurisdiction to determine the reasonableness of any contingency agreement entered into by the plaintiff with counsel, and to determine the adequacy of the plaintiff's counsel.

If you chose to participate in this lawsuit using an attorney different from the attorney who represents the plaintiff, you must separately enter into an agreement to cover that attorney's fees. As with the contingency fee for the plaintiff's counsel, the fee of any separately-retained counsel is also subject to a judicial determination of reasonableness. You should also be aware that your federal wage and hour claims are limited by either a two or three-year statute of limitations. Delay in joining this action or proceeding separately may result in some or all of your potential claims expiring as a matter of law.

### IV.    NO RETALIATION PERMITTED

Federal law prohibits Law Office of Yuriy Prakhin, P.C. and Yuriy Prakhin from taking any retaliatory action against any person, including current employees, who joins or assists in the prosecution of this case. Defendants are prohibited by law from retaliating against you for exercising your rights under the Fair Labor Standards Act or New York Labor Laws.

### V.    IMMIGRATION STATUS

You have the right to participate in this action even if you are an undocumented immigrant. You do not need to have a record of the hours you worked in order to participate in this lawsuit.

### VI.    FURTHER INFORMATION

Further information about this Notice, the deadline for filing a Consent to Become a Party Plaintiff, or answers to questions concerning this lawsuit may be obtained by contacting Plaintiffs' counsel: (a) by telephone at (718) 808-2224; (b) Email:Naydenskiylaw@gmail.com; or (c) in writing at NAYDENSKIY LAW GROUP P.C. 1517 Voorhies Avenue, 2nd Fl., Brooklyn, New York 11235.

THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK, THE HONORABLE CHERYL L. POLLAK, UNITED STATES MAGISTRATE JUDGE. THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF THE PLAINTIFF'S CLAIMS OR OF THE DEFENDANTS' DEFENSES.

DO NOT TELEPHONE THE COURT REGARDING THIS NOTICE.

DATED:_____, 2016

# EXHIBIT B

Case 1:16-cv-03514-CLP   Document 18   Filed 12/14/16   Page 7 of 10 PageID #: 78

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MICHAEL GRINBERG, individually and on  :  16-cv-3514 (SJ) (CLP)
behalf of all other similarly situated persons, :
                                               :
                                               :
                    Plaintiffs,                :
                                               :
                                               :
LAW OFFICE OF YURIY PRAKHIN, P.C.              :
and YURIY PRAKHIN                              :
                                               :
                    Defendants,                :
---------------------------------------------------------------X

## CONSENT TO BECOME A PARTY PLAINTIFF

      By my signature below, I hereby authorize the filing and prosecution of the above styled Fair Labor Standards Act action in my name and on my behalf by the representative Michael Grinberg as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation and all other matters pertaining to this lawsuit. I understand that I will be represented by Naydenskiy Law Group, P.C. without prepayment of costs or attorneys' fees. I understand that if plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment first. I understand that my attorneys may petition the court for an award of fees and costs to be paid by defendant on my behalf. I understand that the amount of the fees will be approximately 1/3 of my total settlement or judgment, or such other amount as approved by the Court.

_____     _____     _____
Printed Name                 Signature                    Date


_____     _____     _____
Street Address               Email Address                Telephone


_____     _____
City, State, Zip code        Approximate Dates of Employment

PLEASE RETURN THIS FORM FOR FILING WITH THE COURT BY **[60 days from date of mailing]** TO:

NAYDENSKIY LAW GROUP, P.C.
Gennadiy Naydenskiy (GN5601)
1517 Voorhies Ave, 2nd Fl.
Brooklyn, NY 11235
(718) 808-2224
naydenskiylaw@gmail.com

# EXHIBIT C

Case 1:16-cv-03514-CLP    Document 18    Filed 12/14/16    Page 9 of 10 PageID #: 80

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL GRINBERG, individually and on        :    16-cv-3514 (SJ) (CLP)
behalf of all other similarly situated persons, :
                                             :
                                             :
                   Plaintiffs,               :
                                             :
                                             :
LAW OFFICE OF YURIY PRAKHIN, P.C.            :
and YURIY PRAKHIN                            :
                                             :
                   Defendants,               :
-----------------------------------------------------------X
```

### REMINDER - DEADLINE TO JOIN LAWSUIT IS [insert close of opt-in period date]

This letter is to remind you that the deadline to opt-in to the wage and hour lawsuit currently pending against Law Office of Yuriy Prakhin, P.C. and Yuriy Prakhin is _____ [insert close of opt-in period date]. If you want to participate in the lawsuit, as detailed in the prior "Notice of Lawsuit with Opportunity to Join" letter that you should have received dated_____, please complete the attached "Consent to Become A Party Plaintiff" form and return to:

NAYDENSKIY LAW GROUP, P.C.
1517 Voorhies Ave, 2nd Fl.
Brooklyn, New York 11235
Telephone: (718) 808-2224
Email:Naydenskiylaw@gmail.com

Further information about this Notice, the deadline for filing a Consent to Become a Party Plaintiff, or answers to questions concerning this lawsuit may be obtained by contacting Plaintiffs' counsel: (a) by telephone at (718) 808-2224; (b) Email:Naydenskiylaw@gmail.com; or (c) in writing at NAYDENSKIY LAW GROUP P.C. 1517 Voorhies Ave, 2nd Fl., Brooklyn, New York 11235.

THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK, THE HONORABLE CHERYL L. POLLAK, UNITED STATES MAGISTRATE JUDGE. THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF THE DEFENDANTS' DEFENSES. DO NOT TELEPHONE THE COURT REGARDING THIS NOTICE.

Questions? Please call Naydenskiy Law Group P.C. at (718) 808-2224
