US MAGISTRATE JUDGE CHERYL L. POLLAK            DATE: 1/26/17

                                                TIME SPENT: 1

DOCKET NO. __16 CV 3514__

CASE: __Grinberg v Law Office__

_____ INITIAL CONFERENCE           _____ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE         _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE        _____ TELEPHONE CONFERENCE
_____ MOTION HEARING               _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE :**

_____ COMPLETED              _____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

_____ DISCOVERY TO BE COMPLETED BY _____

_____ NEXT CONFERENCE SCHEDULED FOR _____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

RULINGS: Def. to provide those emails/social media that are recoverable from the current server

Opt-ins to respond by end of Feb. - to the extent plaintiff believes people were not included, def to provide an affidavit re their job titles/responsibilities and any docs showing they are outside the class

Conference 3/13 at 11:00